```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 22548
   PATRICE COFFEY
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-2694

-------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 11/30/2007 and was not confirmed.

     The case was dismissed without confirmation 06/12/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
-------------------------------------------------------------------------------

HSBC AUTO FINANCE         SECURED VEHIC        .00             .00            .00
HSBC AUTO FINANCE         UNSECURED       NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED       NOT FILED            .00            .00
ALLIANCE ONE RECEIVABLES  UNSECURED       NOT FILED            .00            .00
CAPITAL ONE               UNSECURED       NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED          510.00            .00            .00
T MOBILE                  UNSECURED          177.89            .00            .00
COMED                     UNSECURED       NOT FILED            .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED       NOT FILED            .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED       NOT FILED            .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED         1014.80            .00            .00
WEST SUBURBAN MEDICAL CE  UNSECURED       NOT FILED            .00            .00
ECAST SETTLEMENT CORP     UNSECURED          257.09            .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED            .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          362.43            .00            .00
BLACK EXPRESSIONS BK CLU  UNSECURED       NOT FILED            .00            .00
US DEPT OF EDUCATION      UNSECURED        36878.09            .00            .00
LOUIS WALKER              NOTICE ONLY    NOT FILED             .00            .00
ASSET ACCEPTANCE LLC      UNSECURED         1201.06            .00            .00
HSBC MORTGAGE             CURRENT MORTG        .00             .00            .00
HSBC MORTGAGE             MORTGAGE ARRE    25000.00            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                            .00
TOM VAUGHN                TRUSTEE                                             .00
DEBTOR REFUND             REFUND                                           617.00

     Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                    RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                617.00

PRIORITY                                      .00
SECURED                                       .00
UNSECURED                                     .00
ADMINISTRATIVE                                .00

                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 22548 PATRICE COFFEY
```

```
TRUSTEE COMPENSATION                                                      .00
DEBTOR REFUND                                                          617.00
                                      ----------------       ----------------
TOTALS                                         617.00                  617.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                       /s/ Tom Vaughn
   Dated: 09/25/08                   _____
                                       TOM VAUGHN
                                       CHAPTER 13 TRUSTEE

```
                     PAGE   2
      CASE NO. 07 B 22548 PATRICE COFFEY
```